# Third District Court of Appeal

## State of Florida

Opinion filed September 11, 2024.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D24-1197
Lower Tribunal No. F05-30218B
_____

**Nelson Viera,**
Appellant,

vs.

**The State of Florida,**
Appellee.

An Appeal under Florida Rule of Appellate Procedure 9.141(b)(2) from the Circuit Court for Miami-Dade County, Laura María González-Marqués, Judge.

Nelson Viera, in proper person.

Ashley Moody, Attorney General, and Magaly Rodriguez, Assistant Attorney General, for appellee.

Before LOGUE, C.J., and MILLER and GOODEN, JJ.

PER CURIAM.

We dismiss this appeal for lack of jurisdiction. An order denying a motion to mitigate sentence under Florida Rule of Criminal Procedure 3.800(c) is not an appealable order. Staveley v. State, 866 So. 2d 1239, 1240 (Fla. 5th DCA 2004); Daniels v. State, 568 So. 2d 63, 64 (Fla. 1st DCA 1990); Royal v. State, 736 So. 2d 157, 157 (Fla. 3d DCA 1999); Bourjolly v. State, 623 So. 2d 870, 870 (Fla. 3d DCA 1993). "Therefore, this Court has no jurisdiction to review the correctness of the trial court's disposition of the motion." Rector v. State, 852 So. 2d 910, 911 (Fla. 1st DCA 2003).

Dismissed.